**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **BISHOP DAVID PAUL MOTEN,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **vs.** | § | **Case No. 6:23-cv-00030** |
| | § | |
| **DEF JAM RECORDINGS, UMG RECORDINGS, INC., YE f/k/a KANYE WEST, and G.O.O.D. MUSIC** | § § § § § | |
| ***Defendants.*** | | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Bishop David Paul Moten; defendants are Def Jam Recordings, UMG Recordings, Inc., YE f/k/a Kanye West, and G.O.O.D. Music.
2. On June 30, 2023, Plaintiff sued the Defendants in this case for an alleged copyright infringement.
3. Plaintiff moves to dismiss this suit with Prejudice.
4. Defendants, who have served answers, agree to the dismissal.
5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.
6. This case is not governed by any federal statute that requires a court order for dismissal of the case.
7. A receiver has not been appointed in this case.

8. This dismissal is with prejudice.

Respectfully submitted,

*/s/ Sachi A. Dave Rode*
Sachi A. Dave-Rode
State Bar No. 24019789

**Dave-Rode Law Firm, PLLC**
12222 Merit Drive,
Suite 1200,
Dallas, Texas 75251
sachi@daverodelaw.com
T:972-246-8191
Attorney for Plaintiff

AGREED TO"

/s/ Casey Griffith (with Permission)
Casey Griffith
Attorney-in-charge
Texas Bar No. 24036687
SDTX Bar No. 30958
Casey.Griffith@griffithbarbee.com

Michael Barbee
Texas Bar No. 24082656
SDTX Bar. No. 2294159
Michael.Barbee@griffithbarbee.com

**Griffith Barbee PLLC**
One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax
**Counsel for Defendants Ye, f/k/a Kanye West, and Getting Out Our Dreams, Inc. a/k/a G.O.O.D. Music**

AND

/s/ Michael D. Karson (with permission)
Michael D. Karson
State Bar No. 24090198

Southern District of Texas Bar No. 3293023

**WINSTEAD PC**
2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
Tel.: 214.745.5400
Fax: 214.745.5390
Email: mkarson@winstead.com
***Attorney for Defendants***
***UMG Recordings, Inc. and***
***Def Jam Recordings***